FILED'11 JAN 26 11:04USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LARRY BRADFORD,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civ. No. 09-6062-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, defendant objects to the Report and Recommendation, so

1 - ORDER

I have reviewed this matter de novo. I agree with Magistrate Judge Clarke's conclusion that the ALJ made legal errors requiring reversal and remand for further proceedings. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#36) is adopted. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

DATED this 25 day of January, 2011.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER